# KENNEDY, JENNIK & MURRAY, P.C.
### ATTORNEYS AT LAW

113 UNIVERSITY PLACE
NEW YORK, NEW YORK 10003
(212) 358-1500

* * *

FACSIMILE (212) 358-0207

THOMAS M. KENNEDY
SUSAN M. JENNIK
THOMAS M. MURRAY
OF COUNSEL:
LARRY MAGARIK

ELIZABETH M. PILECKI (NJ, MA)
RACHEL A. KIRTNER (OR)
WILLIAM G. SCHIMMEL (IL, MI, NJ)
BERNHARD W. ROHRBACHER (CA ONLY)
OMAR A. JOSEPH (MA, D.C.)
CHRISTOPHER G. GANT (NJ ONLY)

April 3, 2008

**Via Fax 212-337-2112**
Harold W. LeMar, Esq.
Office of the Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, NY 10014-4811

**Via Fax 212-808-8108**
Fran Obeid, Esq.
Kostelanetz & Fink, LLP
7 World Trade Center
New York, NY 10007

    **Re: Chao v. Guild Concepts, Ltd.**
    **08-CIV-1716 (CLB)**

Dear Counsel:

  Per Judge Brieant's Chambers, the parties are directed to submit any comments on the proposed Notice to Participants to me by April 15, 2008. I will then submit your comments, approval or a revised version to the Court. Thank you for your attention.

           Sincerely,

           *Larry Magarik*
           LARRY MAGARIK (LM-3748)

cc: **Via Fax 914-390-4085**
   Att: Alice Cama, Deputy
   Hon. Charles L. Brieant, United States District Judge
   United States District Court, Southern District of New York
   U.S. Courthouse, 300 Quarropas Street, Room 275
   White Plains, NY 10601

**Via Fax 914-467-8299**
Victor Ayala, President
Guild Concepts, Ltd.
711 Westchester Avenue
White Plains, NY  10604-3504